**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| R.J.A., | : No. 78 WM 2020 |
| | : |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| THE ROMAN CATHOLIC DIOCESE OF PITTSBURGH, BISHOP DAVID A. ZUBIK AND CARDINAL DONALD WUERL, | : |
| | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2020, the Application "for Extraordinary Relief and Stay Pending Outcome of Dispositive Appeal" is DENIED.